THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AIKENHEAD, BAILEY & DONALDSON, INCORPORATED, et al., Appellants.

*People* v. *Aikenhead, Bailey & Donaldson, Inc.*, 181 App. Div. 966, affirmed.

(Argued October 21, 1918; decided November 12, 1918.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 5, 1918, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict. This action was to recover from both defendants liquidated damages for the alleged breach of a contract to build a state and county highway, and of the bond accompanying the same. Both defendants

answered, the defendant contractor alleging that it had performed its contract, and that it was entitled to final payment and to compensation for extra work, which the plaintiff denied by a reply.   The defendant surety denied the allegation of non-performance and set up that by changes in the contract and over-payments to the contractor the surety was discharged.

*Hugh J. O'Brien, Robert Gray* and *Leonidas Denison* for appellants.

*Merton E. Lewis, Attorney-General (Alexander Otis* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN and McLAUGHLIN, JJ.   Not voting: HISCOCK, Ch. J.   Absent: CRANE, J.